1  Eric Ollason(AZ Bar #014860)
   182 North Court Avenue
2  Tucson, Arizona 85701
   (520) 791-2707
3  Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>LAWRENCE J. WILSON and<br>LORETTA M. WILSON, | In proceedings under<br>Chapter 13<br><br>Case No.  4:09-bk-03879 EWH<br>Adv No.  4:09-ap-01133 EWH |
| LAWRENCE J. WILSON and<br>LORETTA M. WILSON,<br><br>              Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC., its successors and/or assigns,<br><br>              Defendants. | **COMPLAINT TO DETERMINE SECURED STATUS** |

Plaintiffs, LAWRENCE WILSON and LORETTA WILSON, Debtors in the above-entitled bankruptcy proceeding, by and through their undersigned attorney, Eric Ollason, hereby allege as follows:

1. Plaintiffs have an interest in the real property ("the property") located at 10980 East Vuelta Merecumbe, Tucson, Arizona 85730 legally described as:

   **LOT 22 OF RANCHO CANCION WEST ACCORDING TO THE MAP RECORDED IN BOOK 48 OF MAPS, PAGE 71, RECORDS OF PIMA COUNTY, ARIZONA AND THEREAFTER BY DECLARATION OF SCRIVENER'S ERROR RECORDED IN DOCKET 10371 AT PAGE 895, IN DOCKET 10976 AT PAGE 1829, IN DOCKET 1095 AT PAGE 1675 AND IN DOCKET 11004 AT PAGE 3597.**

2. Pursuant to a Note and Deed of Trust dated February 13th, 2006, Defendant, CitiMortgage, Inc., its successors and/or assigns ("CitiMortgage"), alleges that Plaintiffs owe a debt to Defendant that has a balance of approximately $26,333.84. (Ex. A1 & A2).

3. CitiMortgage claims a security interest in the property.

4. This Court has jurisdiction to determine the secured status of Defendant pursuant to 11 U.S.C. §506.

5. The property is encumbered by a first position lien in the amount of $307,343.22 also held by CitiMortgage, Inc., its successors and/or assigns, evidenced by a Deed of Trust recorded in the office of the County Recorder of Pima County and the proof of claim. (Ex. B1 & B2).

6. The current market value of the property is approximately $290,000.00. (Appraisal of the property by Certified Residential Real Estate Appraiser, George E. Shosted, dated February 16, 2009). (Ex. C).

7. CitiMortgage's 2nd mortgage claim is an unsecured claim because: (1) its Deed of Trust is junior to the first Deed of Trust also held by CitiMortgage, its successors and/or assigns, and (2) the amount of the loan secured by the first Deed of Trust is greater than the value of the residence, *i.e.*, the first lienholder, CitiMortgage, its successors and/or assigns, has a secured claim of $307,343.22, while the value of the residence is $290,000.00.

8. CitiMortgage (in second position) is unsecured to the extent of $26,333.84. Therefore, CitiMortgage (in second position) should be treated as an unsecured creditor for the entire amount determined to be due Defendant.

WHEREFORE, Plaintiffs pray that this Court determine that Defendant CitiMortgage's secured interest (in 2nd position) in the subject property is non-existent; that Defendant CitiMortgage is an unsecured creditor; and that the Deed of Trust in 2nd position executed by the Debtors to Defendant is discharged.

Dated this 3rd, day of September, 2009.

        /s/ Eric Ollason
        Eric Ollason
        Attorney for Debtor

| | |
|---|---|
| 1 | |
| 2 | Copy of the foregoing mailed this<br>8th, of September, 2009, to the following: |
| 3 | |
| 4 | Dianne C. Kerns, Trustee<br>PMB #413 |
| 5 | 7320 N. La Cholla 154<br>Tucson, Arizona 85741 |
| 6 | CitiMortgage Inc |
| 7 | PO Box 6941<br>The Lakes NV 88901-6941 |

3