LAW OFFICE OF ERIC OLLASON
ATTORNEY AT LAW
182 NORTH COURT
TUCSON, ARIZONA 85701
TELEPHONE (520) 791-2707
PCC NO. 4349
SBA # 014860

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LAWRENCE J WILSON and LORETTA M. WILSON,<br><br>Debtor.<br><br>LAWRENCE J. WILSON and LORETTA M. WILSON,<br><br>Plaintiffs,<br>vs.<br><br>CITIMORTGAGE, its successors and/or assigns,<br><br>Defendants. | In proceedings under Chapter 13:<br><br>No. 09-03879-TUC-EWH<br><br>Adversary No. 09-ap-01133<br><br>**CERTIFICATE OF MAILING** |

STATE OF ARIZONA  )
                 ) ss.
County of PIMA   )

The undersigned, ERIC OLLASON , states that a copy of the **Summons in an Adversary Proceeding; Complaint to Determine Secured Status** was mailed on September 14, 2009, to the following:

Trustee:

Dianne C. Kerns, Chapter 13 Trustee
PMB #413
7320 N. La Cholla, #154
Tucson, AZ 85741

. . . .

1  CitiMortgage Inc
   PO Box 6941
2  The Lakes, NV 88901-6941

3

4       DATED this 22nd day of September, 2009.
5

6

7                                              _____
                                                Eric Ollason
8                                               Attorney for Debtors

9
   SUBSCRIBED AND SWORN TO before me this 22nd day of September, 2009, by Eric Ollason.
10

11                                             _____
12                                              Notary Public

13                                        OFFICIAL SEAL
                                          CAROL LYNN WELLS
14                                        Notary Public - Arizona
                                          PIMA COUNTY
15                                        My Comm Exp 04/21/2010